IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JHT Holdings, Inc., et al.[1] | : | Case No. 08-11267 (BLS) |
| Debtors. | : | Jointly Administered |
| | : | Hearing Date: To be determined (if necessary) |
| | | Objection Deadline: August 18, 2008, at 4:00 p.m. |

**APPLICATION FOR ORDER PURSUANT TO, *INTER ALIA*,
11 U.S.C. §§ 328(a) AND 1103(a) OF THE BANKRUPTCY CODE
AUTHORIZING EMPLOYMENT AND RETENTION OF TRENWITH
GROUP, LLC, EFFECTIVE JULY 8, 2008 AS INVESTMENT BANKER
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO: (i) the Office of the United States Trustee; (ii) counsel to the Debtors; and (iii) those parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

The Application of the Official Committee of Unsecured Creditors (the "Committee" or "Applicant") of JHT Holdings, Inc., et al. (collectively, "JHT" or the "Debtors") by Timothy C. Reuter, Esq. and Brad R. Berliner, Esq., inhouse counsel to CENTRAL STATES, SOUTHEAST, AND SOUTHWEST AREAS PENSION AND HEALTH AND WELFARE, the Chair of the Committee, respectfully represent:

    1. On June 24, 2008 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the

---

[1] The Debtor in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are JHT Holdings, Inc. (9347), JHT Acquisition Corp. (4418), Automotive Carrier Services Co., LLC (2640), Auto Truck Transport Corp. (8677), Active Truck Transport LLC f/k/a JHT Transport LLC (7418), Active Acquisition Corp. (0259), Active USA, Inc. (9910), Unimark LLC f/k/a Unimark Carhaul LLC (1540), Unimark Truck Transport, Inc. (7590), Unimark Lowboy Transportation, Inc. (3356), Unimark Carhaul, Inc. f/k/a Unimark Services, Inc. (4851), ATC Leasing Company LLC (7319), Equipment Transfer LLC (5182), HJT Acquisition Corp. (0241), BO Properties, Inc. (9536), Safety Carrier, Inc. (5277), and Johnson-Houston Travel LLC (8455).

46358-001\DOCS_DE:139334.1

"Bankruptcy Code"). This Court has entered an Order directing joint administration of these Chapter 11 cases. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Debtors have represented that JHT has determined that the best way to maximize value for these chapter 11 estates is to seek a buyer or buyers for all or substantially all of the assets of the JHT business through a sale process overseen by the U.S. Courts and that these Chapter 11 Cases were filed with the intention of facilitating the continuation of this process.

4. On July 8, 2008, the United States Trustee for the District of Delaware (the "United States Trustee") appointed the Committee pursuant to Section 1102(a)(1) of the Bankruptcy Code.[2] A list of the members of the Committee is annexed hereto as Exhibit A. On July 8, 2008, the Committee selected CENTRAL STATES, SOUTHEAST, AND SOUTHWEST AREAS PENSION AND HEALTH AND WELFARE, represented by Timothy C. Reuter, Esq. and Brad R. Berliner, Esq., as its Chair. Thereafter, the Committee selected Pachulski Stang Ziehl & Jones LLP to serve as its lead counsel. Thereafter, BDO Consulting, a Division of BDO

---

[2] On July 8, 2008, the Appointment of the Official Creditor Committee of Unsecured Creditors was docketed by the Office of the United States Trustee. *See* Docket No. 87.

Seidman, LLP ("BDO") and the Trenwith Group, LLC ("Trenwith")[3] were selected to serve as the Committee's financial advisor and investment banker, respectively. Pursuant to, *inter alia,* Sections 328(a) and 1103(a) of the Bankruptcy Code, the Committee seeks to have this Court approve the retention of Trenwith as investment banker to the Committee, effective July 8, 2008.

5. Applicant has selected Trenwith as its investment banker because of the firm's extensive experience in and knowledge of business reorganizations under Chapter 11 of the Bankruptcy Code.

6. To the best of Applicant's knowledge, the members of Trenwith do not have any connection with the Debtors, their creditors or any other party in interest, or their respective attorneys, except as set forth herein and in the annexed affidavit of Harrison L. Price, a managing director of Trenwith (the "Price Affidavit"). Applicant is satisfied that Trenwith represents no adverse interest to the Committee which would preclude it from acting as investment banker to the Committee in matters upon which it is to be engaged, and that its employment will be in the best interest of the Debtors' estates.

7. Applicant believes that Trenwith is qualified to represent it in these cases in a cost-effective, efficient and timely manner. Subject to the control and further order of this

---

[3] The Committee has filed a separate application seeking to employ and retain BDO, an investment banking firm. Trenwith is an affiliate of BDO. Although Trenwith and BDO will be working side-by-side as financial advisors to the Committee, their primary functions remain distinct. BDO's role will focus on financial advisory services and analysis while Trenwith will render investment banking services and focus on the sale of the Debtors' businesses and assets.

Court, the professional services that Trenwith will render to the Committee include, but shall not be limited to, the following:

(a) analyzing the business, operations and financial position of the Company in light of potential transactions related to the sale of securities or assets;

(b) evaluating proposals received from potential investors or purchasers of securities or assets;

(c) advising Committee as to strategy and tactics for discussion and negotiations relating to valuation of securities, assets, and other transactions;

(d) recommending and analyzing for the Committee the "highest and best" alternatives;

(e) supporting the Committee in such matters as the Committee shall request from time to time.

8. Trenwith intends to work closely with the Debtors' representatives and the other professionals retained by the Committee including, without limitation, BDO, to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

9. Trenwith has indicated a willingness to act on behalf of the Committee.

10. Subject to the review and approval of the bankruptcy court, Trenwith's request for compensation for professional services rendered for the Committee shall be primarily based upon the time expended to render such services and at billing rates commensurate with the experience of the person performing such services and will be computed at the hourly billing rates customarily charged by Trenwith for such services. Reasonable expenses will be charged at actual costs incurred (and will include charges for travel, telephone, delivery services, computer rental, report production, copying, etc.) and will be itemized separately from the fees on our applications for compensation. The hourly billing rates as of the date are as follows:

| | |
|---|---|
| Managing Directors | $600 to $675 per hour |
| Principals | $300 to $600 per hour |
| Vice Presidents | $225 to $375 per hour |
| Associates | $175 to $275 per hour |
| Staff | $125 to $200 per hour |

(a)     In connection with the submission of periodic billings, detailed descriptions for each professional of the services performed by them, and the time expended on the engagement by each professional for all relevant engagement activity categories, will be provided.

(b)     Notwithstanding the hourly compensation above, in the event that Trenwith's efforts, services, and activities create value for the estate through its investment banking activities, subject to the support of the Committee and bankruptcy court review and approval, Trenwith reserves the right to request additional compensation commensurate with those investment banking services.

11.     Notice of this Application has been provided to the United States Trustee, counsel to the Debtors, and all parties who have filed a notice of appearance in these cases. The Committee submits that no further notice is necessary or required.

12.     No previous application for the relief sought herein has been made by the Committee to this or any other Court.

46358-001\DOCS_DE:139334.1

WHEREFORE, Applicant requests entry of an Order authorizing it to employ and retain Trenwith as investment banker in these cases, effective as of July 8, 2008, and granting Applicant such other and further relief as may be just and appropriate.

Dated: August 6, 2008

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF JHT HOLDINGS, INC, et al.

By: Brad R. Berliner, Counsel
CENTRAL STATES, SOUTHEAST, AND SOUTHWEST AREAS PENSION AND HEALTH AND WELFARE

Chairperson of the Committee