IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JHT Holdings, Inc., *et al.*[1] | : | Case No. 08-11267 (BLS) |
| Debtors. | : | Jointly Administered |

**Hearing Date: To be determined (if necessary)**
**Objection Deadline: August 18, 2008, at 4:00 p.m.**

## NOTICE OF APPLICATION FOR ORDER PURSUANT TO, *INTER ALIA*, 11 U.S.C. §§ 328(A) AND 1103(A) OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT AND RETENTION OF TRENWITH GROUP, LLC, EFFECTIVE JULY 8, 2008, AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO: (i) the Office of the United States Trustee; (ii) counsel to the Debtors; and (iii) those parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases hereby files the attached *Application for Order Pursuant to, Inter Alia, 11 U.S.C. §§ 328(a) and 1103(a) of the Bankruptcy Code Authorizing Employment and Retention of Trenwith Group, LLC, Effective July 8, 2008, as Investment Banker to the Official Committee of Unsecured Creditors* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy

---

[1] The Debtor in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are JHT Holdings, Inc. (9347), JHT Acquisition Corp. (4418), Automotive Carrier Services Co., LLC (2640), Auto Truck Transport Corp. (8677), Active Truck Transport LLC f/k/a JHT Transport LLC (7418), Active Acquisition Corp. (0259), Active USA, Inc. (9910), Unimark LLC f/k/a Unimark Carhaul LLC (1540), Unimark Truck Transport, Inc. (7590), Unimark Lowboy Transportation, Inc. (3356), Unimark Carhaul, Inc. f/k/a Unimark Services, Inc. (4851), ATC Leasing Company LLC (7319), Equipment Transfer LLC (5182), HJT Acquisition Corp. (0241), BO Properties, Inc. (9536), Safety Carrier, Inc. (5277), and Johnson-Houston Travel LLC (8455).

46358-001\DOCS_DE:139336.2

Court"). Pursuant to the Application, the Committee seeks to retain Trenwith Group, LLC (Trenwith), *nunc pro tunc* to July 8, 2008, as investment banker to the Official Committee of Unsecured Creditors in the bankruptcy cases of the above-captioned debtors and debtors in possession.

Any party wishing to respond or object to the Application must file such response or objection with the United States Bankruptcy Court for District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, on or before **August 18, 2008 at 4:00 p.m., prevailing Eastern Time**.

At the same time, you must also serve a copy of the response or objection upon (i) proposed counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Bruce Grohsgal, Esquire);
(ii) proposed Delaware counsel to the Debtors, Pepper Hamilton LLP, Hercules Plaza, Suite 1500, 1313 North Market Street, Wilmington, Delaware 19899; (iii) proposed restructuring counsel to the Debtors, Kaye Scholer, 425 Park Avenue, New York, New York 10022; (iv) proposed general outside corporate counsel, conflicts of interest counsel, and co-restructuring counsel for the Debtors, Reinhart Boerner Van Deuren, 1000 N. Water Street, Suite 2100, Milwaukee, Wisconsin 53202; and (v) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Mark Kenney, Esquire).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND MOTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THIS NOTICE AND MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION IF REQUIRED, WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801, ON A DATE AND AT A TIME TO BE SCHEDULED.

Dated: August 6, 2008

PACHULSKI STANG ZIEHL & JONES LLP

Bruce Grohsgal (DE Bar No. 3583)
Robert J. Feinstein (NY Bar No. RF-2836)
Maria A. Bove (NY Bar No. MB-8687)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bgrohsgal@pszjlaw.com
       rfeinstein@pszjlaw.com
       mbove@pszjlaw.com

[Proposed] Counsel to The Official Committee of Unsecured Creditors