# EXHIBIT A

Exhibit A

# JHT HOLDINGS, INC., *et al.*
# Official Committee of Unsecured Creditors
# Membership List as of July 8, 2008

**CENTRAL STATES, SOUTHEAST, AND SOUTHWEST AREAS PENSION AND HEALTH AND WELFARE**
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018
Brad R. Berliner

**INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS ("IAM")**
9000 Machinists Place
Upper Marlboro, MD 20772
Christopher Corson

**TEAMSTERS NATIONAL AUTOMOBILE TRANSPORTERS INDUSTRY NEG. COMM.**
25 Louisiana Avenue N.W.
Washington, D.C. 20001
Fred Zuckerman

**J & J DRIVE-AWAY, Inc.**
16244 Foster Street
Stillwell, KS 66085
John O'Dwyer