IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JHT Holdings, Inc., *et al.*[1] | : | Case No. 08-11267 (BLS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | | Re: Docket No.: _____ |

## ORDER GRANTING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF TRENWITH GROUP, LLC, EFFECTIVE JULY 8, 2008, AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the *Application for Order Pursuant to, Inter Alia, 11 U.S.C. §§ 328(a) and 1103(a) of the Bankruptcy Code Authorizing Employment and Retention of Trenwith Group, LLC, Effective July 8, 2008, as Investment Banker to the Official Committee of Unsecured Creditors* (the "Application")[2] filed by the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), and upon the *Affidavit of Trenwith Group LLC Pursuant to Section 330 of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure*, (the "Trenwith Affidavit"); and the Court being satisfied based on the representations made in the Application and in the Trenwith Affidavit that said attorneys represent no interest adverse to the Debtors' estates with respect to the matters

---

[1] The Debtor in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are JHT Holdings, Inc. (9347), JHT Acquisition Corp. (4418), Automotive Carrier Services Co., LLC (2640), Auto Truck Transport Corp. (8677), Active Truck Transport LLC f/k/a JHT Transport LLC (7418), Active Acquisition Corp. (0259), Active USA, Inc. (9910), Unimark LLC f/k/a Unimark Carhaul LLC (1540), Unimark Truck Transport, Inc. (7590), Unimark Lowboy Transportation, Inc. (3356), Unimark Carhaul, Inc. f/k/a Unimark Services, Inc. (4851), ATC Leasing Company LLC (7319), Equipment Transfer LLC (5182), HJT Acquisition Corp. (0241), BO Properties, Inc. (9536), Safety Carrier, Inc. (5277), and Johnson-Houston Travel LLC (8455).
[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Application.

upon which they are to be engaged, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code, and that their employment is necessary and would be in the best interests of the Debtors' estates, and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. In accordance with sections 1102, 1103, 328 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002, the Committee is authorized to employ and retain Trenwith Group, LLC ("Trenwith") as its investment banker *nunc pro tunc* to July 8, 2008, on the terms set forth in the Application and the Trenwith Affidavit.

3. Trenwith shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such other orders as this Court may direct.

Dated: _____, 2008

                                               The Honorable Brendan L. Shannon
                                               United States Bankruptcy Judge