IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JHT Holdings, Inc., et al.[1] | : | Case No. 08-11267 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**CERTIFICATE OF SERVICE**

I, Bruce Grohsgal, hereby certify that on the 6th day of August 2008, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

> **Notice of Application for Order Pursuant to, Inter Alia, 11 U.S.C. §§ 328(a) and 1103(a) of the Bankruptcy Code Authorizing Employment and Retention of Trenwith LLC Effective July 8, 2008, as Investment Banker to the Official Committee of Unsecured Creditors;**
>
> **Application for Order Pursuant to, Inter Alia, 11 U.S.C. §§ 328 (a) and 1103(a) of the Bankruptcy Code Authorizing Employment and Retention of Trenwith LLC Effective July 8, 2008, as Investment Banker to the Official Committee of Unsecured Creditors;**
>
> **Affidavit of Trenwith Group LLC Pursuant to Section 330 of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure; and**

---

[1] The Debtor in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, is JHT Holdings, Inc. (9347), JHT Acquisition Corp. (4418), Automotive Carrier Services Co., LLC (2640), Auto Truck Transport Corp. (8677), Active Truck Transport LLC f/k/a JHT Transport LLC (7418), Active Acquisition Corp. (0259), Active USA, Inc. (9910), Unimark LLC f/k/a Unimark Carhaul LLC (1540), Unimark Truck Transport, Inc. (7590), Unimark Lowboy Transportation, Inc. (3356), Unimark Carhaul, Inc. f/k/a Unimark Services, Inc. (4851), ATC Leasing Company LLC (7319), Equipment Transfer LLC (5182), HJT Acquisition Corp. (0241), BO Properties, Inc. (9536), Safety Carrier, Inc. (5277), and Johnson-Houston Travel LLC (8455).

46358-001\DOCS_DE:138741.4

[Proposed] Order Granting Application for Entry of an Order Authorizing and Approving the Employment and Retention of Trenwith Group, LLC, Effective July 8, 2008, as Investment Banker to the Official Committee of Unsecured Creditors.

                                              */s/ Bruce Grohsgal*
                                         Bruce Grohsgal (Bar No. 3583)

Holdings, Inc. 2002 Service List
Case No. 08-11267 (BLS)
Document No. 138673
12 – Hand Delivery
73 – First Class Mail
03 – Foreign First Class Mail

([Proposed] Counsel for the Official
Committee of Unsecured Creditors)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899

*Interoffice Pouch to New York*
([Proposed] Counsel for the Official
Committee of Unsecured Creditors)
Robert Feinstein, Esquire
Maria Bove, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 100017

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

*Hand Delivery*
Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
Ellen W. Slights, Esq.
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

*Hand Delivery*
Office Of The US Attorney General
Colm F Connolly, Esquire
Nemours Building
PO Box 2046
Wilmington, DE 19899-2046

*Hand Delivery*
(Counsel for Debtors.)
David B. Stratton, Esq.
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

*Hand Delivery*
(Counsel for D.B. Zwim & Co.; L.P.
Highland Capital Management L.P.;
Spectrum Investment Partners L.P.)
Christopher A. Ward, Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

*Hand Delivery*
(Counsel for General Electric Capital Corp.)
Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801

*Hand Delivery*
Randy R. Weller, Esq.
State of Delaware
Attn: Division of Revenue
MS #25
820 N. French Street
8th Floor
Wilmington , DE 19801-0820

*Hand Delivery*
(Counsel for Teamsters National
Automobile Transporters Industry
Negotiating Committee)
Susan E. Kaufman, Esq.
Heiman, Gouge & Kaufman LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Corporate Lodging
Consultants, Inc.)
Daniel J. DeFranceschi, Esq.
Marcos A. Ramos, Esq.
Maris J. Finnegan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Liberty Mutual Insurance
Company)
Richard M. Beck, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Jeffrey Shegog)
James F. Bailey, Jr., Esquire
The Bailey Law Firm
Three Mill Road, Suite 306A
Wilmington, DE 19806

*First Class Mail*
(Top 50 Creditor)
Chad Beneda
Liberty Mutual Insurance Co.
15700-West Bluemound Rd
Brookfield, WI 53008

*First Class Mail*
(Top 50 Creditor)
Belinda Pridger
American Airlines
PO Box 582810
Tulsa, OK 74158-2810

*First Class Mail*
(Top 50 Creditor)
Dennis Troha
1709 32nd Ave.
Kenosha, WI 53144-3362

*First Class Mail*
(Top 50 Creditor)
Zurich American Insurance Co.
5-Concourse Parkway
Ste 2200
Atlanta, GA 30328

*First Class Mail*
(Top 50 Creditor)
Zurich American Insurance Co.
5-Concourse Parkway
Ste 2200
Atlanta, GA 30328

*First Class Mail*
(Top 50 Creditor)
Farrah
IAM National Pension Fund
1300 Connecticut Ave. NW
Suite 300
Washington DC, 20036-1711

*First Class Mail*
(Top 50 Creditor)
Amy Brock
Pilot Corporation
5516 Lonas Road
Knoxville, TN 37909

*First Class Mail*
(Top 50 Creditor)
Jack Farbak
Comdata Corporation
5301 Maryland Way,
Brentwood, TN 37027

*First Class Mail*
(Top 50 Creditor)
Kevin Bauer
Corporate Lodging Consultants
PO Box 47425
Wichita, KS 67201

*First Class Mail*
(Top 50 Creditor)
Chris Duttge
Central States Pension Fund
PO Box 5108
Des Plaines, IL 60017-5108

*First Class Mail*
(Top 50 Creditor)
Chris Duttge
Central States Health and Welfare Fund
PO Box 5108
Des Plaines, IL 60017-5108

*First Class Mail*
(Top 50 Creditor)
AFCO Credit Corp.
4501-College Bld., Ste 320
Leawood, KS 66211

*First Class Mail*
(Top 50 Creditor)
Robert Cunningham
Swift Transportation Co. Inc.- Note Payable
2200 S. 75th Ave.
Phoenix, AZ 85043

*First Class Mail*
(Top 50 Creditor)
Terrell & Thrall
Teamsters Union Local #142 (withdrawal liability)
Memorial Center Suite One
1158 W. Lincolnway
Valparaiso, IN 46385

*First Class Mail*
(Top 50 Creditor)
Kevin Bauer
Crew Transportation Specialists Inc.
PO Box 774
Witchita, KS 67201

*First Class Mail*
(Top 50 Creditor)
Pete Ferguson
Intel LogisiticS
3757 S Baldwin Road Suite 206
Lake Orion, MI 48359

*First Class Mail*
(Top 50 Creditor)
AICCO, Inc.
1630-E. Shaw Ave., Ste 160
Fresno, CA 93710

*First Class Mail*
(Top 50 Creditor)
Wendy Morton
Daimler Trucks N.A. LLC
6121 N Cutter Circle
Portland, OR 97217

*First Class Mail*
(Top 50 Creditor)
Danny Kamplain
Bay Fleet & Supply Inc.
2320 Industrial Rowe
Turlock, CA 95380

*First Class Mail*
(Top 50 Creditor)
David Myers
Myers Log & Lumber Co Inc
6733 Coulson Church Road
Austinville, VA 24312

*First Class Mail*
(Top 50 Creditor)
Greg Ashley
Ashley Sling Inc.
PO Box 44413
Atlanta, GA 30336

*First Class Mail*
(Top 50 Creditor)
Doug Collins
International Truck & Engine
Attn: Mr Larry Hart
1901 S Meyers Road
Oakbrook Terrace, IL 60181

*First Class Mail*
(Top 50 Creditor)
David Gotthardt
Kings Company LLC
555 Tibbetts-Wick Road
Girard, OH 44420

*First Class Mail*
(Top 50 Creditor)
Tom Barney
QTI Service Corp
PO Box 2088 Dept 4067
Milwaukee, WI 53201-2088

*First Class Mail*
(Top 50 Creditor)
Bethany Staller
Penske Truck Leasing Co L P
PO Box 827380
Philadelphia, PA 19182-7380

*First Class Mail*
(Top 50 Creditor)
Flynn Transport Inc.
R R 6 Box 6027
Towando, PA 18848

*First Class Mail*
(Top 50 Creditor)
Mark Hutcheson
Securitas Security Services USA
PO Box 403412
Atlanta, GA 30384-3412

*First Class Mail*
(Top 50 Creditor)
Tom O'Brien
Myco USA LLC
530 North 108th Place, Suite 201
Wauwatosa, WI 53226

*First Class Mail*
(Top 50 Creditor)
J&J Driveaway
PO Box 27207
Overland Park, KS 66225-2107

*First Class Mail*
(Top 50 Creditor)
Poppy Elrod
Shippers Supply Company
2428 Crittendon Drive
Louisville, KY 40217

*First Class Mail*
(Top 50 Creditor)
Todd Fetter
Lattimers Warehouse Inc.
15400 State Route 196
Waynesfield, OH 45896

*First Class Mail*
(Top 50 Creditor)
Chuck Lynch
Woco Oil Company
PO Box 232
Rockville, VA 23146

*First Class Mail*
(Top 50 Creditor)
Tom Steffy
Staples
Dept Det 2368
PO Box 83689
Chicago, IL 60696-3689

*First Class Mail*
(Top 50 Creditor)
Nationwide Contractors
11360 Sixteenth Road
Stoutsville, OH 43154

*First Class Mail*
(Top 50 Creditor)
Shawn Stackis
S&K Packaging Inc.
PO Box 1681
Dubuque, IA 52004

*First Class Mail*
(Top 50 Creditor)
Ford Motor Company
Body & Assembly
PO Box 651311
Charlotte, NC 28265

*First Class Mail*
(Top 50 Creditor)
Continental Transport
PO Box 453
Brighton, CO 80601

*First Class Mail*
(Top 50 Creditor)
Boydstun Industries LLC
Parks Concrete
PO Box 4521
Shreveport, LA 71134

*First Class Mail*
(Top 50 Creditor)
McFadden Transport
428 Stark Road
Dallas, TX 75253

*First Class Mail*
(Top 50 Creditor)
Jill Ledbetter
American Towing Alliance Inc.
1004 W Foothill Blvd. Suite 101
Upland, CA 91786

*First Class Mail*
(Top 50 Creditor)
Robert Hasselblad
Hasselblad Lumber Sales Inc.
PO Box 1035
St Helens, OR 97051

*First Class Mail*
(Top 50 Creditor)
Daimler Chrysler Trans Acct
Cims 485 11 25 RL Johnson
1000 Chrysler Drive
Auburn Hills, MI 48326

*First Class Mail*
(Top 50 Creditor)
CAL-TEX Auto Movers Inc.
New Century Financial
PO Box 27246
Houston, TX 77227

*First Class Mail*
Cargo Logistics
PO Box 19288
Charlotte, NC 28219

*First Class Mail*
(Top 50 Creditor)
Al Leveton
Tools Unlimited
PO Box 5757
Toledo, OH 43613-0757

*First Class Mail*
(Top 50 Creditor)
Penta Transport Inc.
2261 SW 28th Way
Ft Lauderdale, FL 33312

*First Class Mail*
(Top 50 Creditor)
Idealnet
430 North Rand Road
North Barrington, IL 60010

*First Class Mail*
(Financial Advisors to the Official
Creditors' Committee
BDO Seidman LLP
135 West 50th Street
New York, NY 10020

*First Class Mail*
(Counsel to the Debtors)
Michael B. Solow, Esq.
D. Tyler Nurnberg, Esq.
Andrea Johnson Frost, Esq.
Kaye Scholer LLP
70 West Madison Street, Suite 4100
Chicago, IL 60602

*First Class Mail*
(Counsel to the Debtors)
Heath D. Rosenblat, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*First Class Mail*
(Counsel for D.B. Zwim & Co.; L.P.
Highland Capital Management L.P.;
Spectrum Investment Partners L.P.)
Lenard M. Parkins, Esq.
Thomas A. Howley, Esq.
Ann M. Richardson, Esq.
Haynes and Boone, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022

*First Class Mail*
(Counsel for General Electric Capital Corp.)
Gary T. Holtzer, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*First Class Mail*
(Counsel for General Electric Capital Corp.)
Sylvia A. Mayer, Esq.
Weil, Gotshal & Manges, LLP
700 Louisiana Avenue, Suite 1600
Houston, TX 77002

*First Class Mail*
(Counsel for General Electric Capital Corp.)
Elisa Lemmer, Esq.
Weil, Gotshal & Manges, LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
)
Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Securities & Exchange Commission
15th & Pennsylvania Ave., NW
Washington, DC 20020

*First Class Mail*
)
Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
)
Michael B. Mukasey, Esq.
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*First Class Mail*
)
Securities & Exchange Commission
Patricia Schrage
233 Broadway
New York, NY 10279

*First Class Mail*
(Counsel for PACCAR Inc.)
Jeffrey R. Fine, Esq.
David A. Alexander, Esq.
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201

*First Class Mail*
(Counsel for Central States, Southeast and
Southwest Areas Pension Fund; Central
States, Southeast and Southwest Areas
Health & Welfare Fund)
Robert A. Coco, Esq.
Brad R. Berliner, Esq.
Timothy C. Reuter, Esq.
Central States Law Department
9377 West Higgins Road
Rosemont, IL 60018-4938

*First Class Mail*
(Counsel for Teamsters National
Automobile Transporters Industry
Negotiating Committee)
Frederick Perillo, Esq.
Jill M. Hartley, Esq.
Previant, Goldberg, Uelmen, Gratz, Miller
& Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
P.O. Box 12993
Milwaukee, WI 53212

*First Class Mail*
(Counsel for Texas Comptroller of Public
Accounts)
Jay W. Hurst, Esq.
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
(Counsel for Commercial Industrial Finance
Corp)
Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

*First Class Mail*
(Counsel to Liberty Mutual Insurance
Company)
Russell L. Munsch, Esquire
Joe E. Marshall, Esquire
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

*First Class Mail*
(Member Creditors Committee)
International Association of Machinists and
Aerospace Workers
Attn: Christopher Corson
9000 Machinists Place
Upper Marlboro, MD 20772

*First Class Mail*
(Member Creditors Committee)
Teamsters National Automobile
Transporters Industry Neg. Comm
Attn: Fred Zuckerman
25 Louisiana Avenue, NW
Washington, DC 20001

*First Class Mail*
(Member Creditors Committee)
J&J Drive-Away, Inc.
Attn: John O'Dwyer
16244 Foster Street
Stillwell, KS 66085

**First Class Mail**
)
Travelers
National Accounts
1 Tower Square – 5MN
Hartford, CT 06183-4044

**First Class Mail**
)
Zachary Mosner
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188

**First Class Mail**
)
IBM Corporation
Attn: Beverly H. Shideler
Two Lincoln Center
Oakbrook Terrace, IL 60181

**First Class Mail**
(Counsel for Navistar, Inc.)
Michael K. McCrory, Esquire
Mark R. Owens, Esquire
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

*Foreign First Class Mail*
(Top 50 Creditor)
Transrite Transportation Service
66 Creditstone Road
Vaughn, ON L4K 1P2
CANADA

*Foreign First Class Mail*
(Top 50 Creditor)
Bernard LeBlanc
Bernard LeBlanc
1261 Grand-Allee
Mascouche, QC J7L 1M2
CANADA

*Foreign First Class Mail*
(Top 50 Creditor)
Bill Yeck
Yecks Automotive & Service
Box 464
Ridgetown, ON N0P 2C0
CANADA